No Sum Iss / IFP

___ FILED
___ LODGED
___ RECEIVED

MAIL

MAY 26 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Print Form

Instructions for use:
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Plaintiff(s)

vs.

Defendant(s),

**C11-0886 MJP**

**COMPLAINT**

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

> Robert A Bosley
> 1005 20th Street SE
> Auburn, WA 98002

Defendant's Name, Address and Phone Number

> Green River Community College
> 12401 SE 320th St
> Auburn, WA 98002
> ~~253-833-9111~~ 253-833-9111

Defendant's Name, Address and Phone Number

> City of Auburn
> 25 West Main
> Auburn, WA 98002
> Mayor: 253-931-3041



11-CV-00886-CMP

Defendant's Name, Address and Phone Number

Auburn Police
340 East Main Street
Auburn, WA 98002
253-931-3080

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

FOR BEING MALICIOUSLY HARASSED BY GREEN RIVER COMMUNITY COLLEGE, THE CITY OF AUBURN AND POLICE FOR BEING A SEXUAL PREDATOR, WHICH IS SLANDER. I HAVE BEEN MALICIOUSLY PROSECUTED FOR 20 YEARS BY THESE PEOPLE. MY PRIVACY HAS BEEN INVADED.

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

THIS CASE STARTED ON GREEN RIVER COMMUNITY COLLEGE CAMPUS BACK ON NOVEMBER OF 1991. A COLLEGE EMPLOYEE, MRS. VAL BOWEN, ACCUSED ME OF BEING A SEXUAL PREDATOR. I HAVE KNOWN MRS. BOWEN SINCE 1980. I WAS GOING A COURSE THERE AND GOT AN ASSOCIATES DEGREE.
IN NOVEMBER OF 1991, I WAS TAKING SOME BUSINESS COURSES TO START A BUSINESS.
AT THE BEGINNING I WAS TOLD BY A DR. ED FOHN, NOW DECEASED, THAT THE EMPLOYEES WERE ORDERED TO EMBARASS ME. THIS IS WHEN THE HARASSMENT STARTED. AT THIS TIME I WAS STARTING TO BE MALICIOUSLY HARASSED BY THE EMPLOYEES OF THE COLLEGE AND THEN BY THE CITY OF AUBURN AND POLICE.
MRS. VAL BOWEN, ONE NIGHT, CAUGHT A MR. JEFF HIBRAY TRYING TO BREAK INTO MY MOTHERS HOUS, 1005 20TH STREET SE, AUBURN, WA 98002. I FOUND

## Statement of Claim
(continued):

out that cameras were set up across the street, pointing at my mothers house and at the room I was staying in. Mrs. Bowen told Me. Library this. My mothers phone was tapped. I was working at Oxychem at the time. They were located in Tacoma, Wa. in the tide-flats. I don't think they are in business anymore, their address is not in the phone-book. I was harassed by these people too. MR. Bill Bowen worked there. He is the Husband of MRS. Bowen. I was fired because of this case. A short time later, Mrs. Bowen confessed to me that MR. Bowen raped her. Judy Burgeson, a Green River Community College Employee, was present and witnessed the statement.

Since then, I have been maliciously harassed by MRs Bowen and others by electronic means. The Muckleshoot Casino employee(s) also know of this. Address: 2402 Auburn Way South, Auburn, Wa 98002, Phone: 1-866-594-1757. A pit boss, Steven, has made a lot of comments about the case and I don't ever talk to him. One thing about the case, the Auburn Prosecutors and Assistant Prosecutors position was open 10 years ago. Why?!

**Relief:**
(State briefly exactly what you want the court to do for you)

TO SUE THESE PEOPLE, BUT FIRST I WOULD LIKE TO HAVE, MRS. BOWEN ESPECIALLY, THESE PEOPLE INVESTIGATED.

**Jury Demand:**
(Optional)

yes, I feel it is necessary.

Date

Robert A Booley
Signature of Plaintiff